**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sandra HALL, a/k/a Bunion,
Defendant—Appellant.**

No. 09–8065.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2010.

Decided: Jan. 22, 2010.

Sandra Hall, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Hall seeks to appeal the district court's text order denying her motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hall seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*